FILED
2017 Dec-04  PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.** |
| ) | |
| **DOUGLAS GLOVER** ) | |

## MOTION TO SEAL INDICTMENT

The United States respectfully requests that the Court seal the indictment returned by the grand jury in the above-styled case.

The basis for this request is that the government has asked for a warrant for the defendant's arrest. To ensure officer safety and the timely arrest of the defendant, the United States moves this Court to:

(1) Seal the indictment returned against the defendant(s) until the defendant's arrest;

(2) Authorize the United States Marshals Service to provide to the investigating agency the documentation necessary to effect and secure the defendant's arrest; and

(3) Authorize the investigating agency that obtained the arrest warrant to enter the arrest warrant into NCIC itself, or, if the investigating agency

delegates apprehension authority to the United States Marshals Service, authorize the United States Marshals Service to enter the arrest warrant into NCIC, to aid in apprehending the defendant.

Respectfully submitted this the 28th day of November, 2017.

JAY E. TOWN
United States Attorney

/s/ Electronic Signature
ROBIN B. MARK
Assistant United States Attorney