FILED
2018 Sep-24  AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case no. 2:17-CR-533-KOB-TMP** |
| | ) | |
| **DOUGLAS GLOVER** | ) | |

## UNOPPOSED MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE

Douglas Glover, by and through counsel, respectfully moves this Court to modify the terms of his pretrial release such that he may reside at the home he had shared with his father in Centerpoint, Alabama. In support, he states:

1.  Mr. Glover was first arrested related to this case in December 2016. (Dkt. Entry 12/21/17.) At that time, he resided with his father in Centerpoint, Alabama. Following his initial appearance on this case, the court granted him pretrial release to return to that home. (Doc. 7.)

2.  From February 2018 to July 2018, Mr. Glover was incarcerated related to inquiries about his competency to proceed. During that time, his father fell ill and became hospitalized.

3.  In July 2018, the Court found Mr. Glover competent and released him with a modification to the terms of his release such that he should reside with his sister in Pelham, Alabama while his father was hospitalized. (Docs. 35, 41.) At that time, Mr. Glover's family expected that his father would return home within several weeks.

4.    Unfortunately, Mr. Glover's father has remained in a rehabilitation facility and the family expects him to remain there for several months.

5.    While Mr. Glover's father has been hospitalized, the home Mr. Glover and his father shared has been unoccupied and subject to vandalism.

6.    Mr. Glover's U.S. Probation Officer reports that Mr. Glover has been fully compliant with all the terms of his pretrial release.

7.    In light of his compliance, the U.S. Probation Office and the United States do not oppose a modification to the terms of his release such that he may once again reside at the home he shared with his father in Centerpoint, Alabama.

For all these reasons, Mr. Glover respectfully requests that the Court modify the terms of his release such that he may reside at the home he previously shared with his father.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

/s/ Allison Case
Assistant Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
Allison_Case@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 24, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

<u>/s/ Allison Case</u>