FILED

2019 Mar-29  PM 02:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A



# PMAG 30 AK/AKM

RIFLE MAGAZINE, 7.62x39mm
30 ROUND CAPACITY, MARKING MATRIX,
SLIMLINE FLOORPLATE

COMPATIBILITY:
7.62 x 39 mm AK-47, AKM, AKS, RPK, SIG556R
AND OTHER KALASHNIKOV-PATTERN PLATFORMS

⚠ ITAR WARNING:

This item is subject to the Arms Export Control Act (22 U.S.C. 7228) and the
International Traffic in Arms Regulations (22 C.F.R. Parts 120-130). A prior
authorization or license from the U.S. State Department Directorate of Defense
Trade Controls is required to export, re-export, transfer or re-transfer this item
abroad, either in its original form or after being incorporated into other end items.

PATENT PENDING. Full Patent Details at ip.magpul.com