# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.: 2:17-cr-533-KOB-TMP** |
| ) | |
| **DOUGLAS GLOVER,** ) | |
| **Defendant.** ) | |

## PRELIMINARY ORDER OF FORFEITURE

In the Indictment's Notice of Forfeiture, the United States sought forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 22 U.S.C. § 401, and 28 U.S.C. § 2461(c) of certain property of Defendant DOUGLAS GLOVER, namely any proceeds obtained directly or indirectly from, and any property used or intended to be used in, the commission of the offenses charged in Indictment Counts One and Two. Specifically, Defendant was given notice of the forfeiture of the following property:

  a. **50 MAGPUL/PMAG 30-round capacity AK/AKM magazines;**

  b. **58 TAPCO/Intrafuse/AK 30-round capacity magazines;**

  c. **60 MAGPUL/PMAG 21-round capacity Glock magazines**.

On or about August 28, 2018, Defendant DOUGLAS GLOVER entered into a plea agreement with the United States, and on September 24, 2018, Defendant pleaded guilty to Count Three of the Indictment. In the plea agreement, Defendant agreed to forfeit the property described above.

1

Based upon the guilty plea, the factual bases in Defendant's plea agreement, and Defendant's agreement to forfeit the property described above, the Attorney General is now entitled to possession of said property in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, and is authorized to commence ancillary proceedings to determine any third-party rights in the property described above.

ACCORDINGLY, THE COURT ORDERS:

1. That Defendant DOUGLAS GLOVER shall FORFEIT the following property to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C), 22 U.S.C. § 401, and 28 U.S.C. § 2461(c):

   a. **50 MAGPUL/PMAG 30-round capacity AK/AKM magazines;**

   b. **58 TAPCO/Intrafuse/AK 30-round capacity magazines;**

   c. **60 MAGPUL/PMAG 21-round capacity Glock magazines**.

2. That the Attorney General or his designee is hereby authorized to seize the forfeited property and to commence ancillary proceedings to determine any third-party rights in the property.

3. That this Preliminary Order of Forfeiture shall be deemed final as to Defendant DOUGLAS GLOVER and shall be made part of his sentence and included in Defendant's Judgment in accordance with Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure.

4. That in the event no third party files a timely petition for the property described above, this Preliminary Order of Forfeiture shall serve as a FINAL ORDER OF FORFEITURE in this criminal action, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

5. That the Clerk of the Court shall forward two certified copies of this Preliminary Order of Forfeiture to the United States Attorney's Office, 1801 Fourth Avenue North, Birmingham, AL 35203, Attention: Thomas Borton, Assistant U.S. Attorney and one certified copy to the United States Postal Inspection Service, Attention: Postal Inspector, R. Ronald Mayhew, Jr., P.O. Box 381388, Birmingham, AL 35238.

**DONE** and **ORDERED** this 8th day of April, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT
JUDGE