PROB 12B
10/05

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **Name of Offender:** | Douglas Glover |
| **Case Number:** | 2:17-CR-00533-KOB-GMB (01) |
| **Name of Sentencing Judicial Officer:** | Honorable Karon O. Bowdre |
| **Date of Original Sentence:** | April 4, 2019 |
| **Original Offense:** | 18 U.S.C. § 554 - Attempted Unlawful Exportation of Firearms (Count 3) |
| **Original Sentence:** | Custody of the Bureau of Prisons for sixteen (16) months; followed by twenty-four (24) months supervised release with special conditions. |
| **Type of Supervision** | Supervised Release |
| **Date Supervision Commenced:** | January 3, 2020 |

## Petitioning the Court

☐ To extend the term of supervision for years, for a total term of years.

☑ To modify the conditions of supervision as follows:

**ADD Special Condition(s):**

The defendant shall participate in a mental health program, to include a psychological evaluation and testing, under the administrative supervision of the probation officer. The defendant shall contribute to the cost of mental health treatment unless the probation officer determines that the defendant does not have the ability to do so.

## CAUSE

Mr. Glover was previously court-ordered to undergo a Forensic Evaluation to determine his competence to stand trial in relation to his instant offense. Given Mr. Glover's prior need for a mental health evaluation, and the death of his father during his custodial sentence, it is recommended that the above special condition be added to assess and address any potential mental and emotional stressors.

Mr. Glover has consented to the above modification and executed a Waiver to this effect.

PROB 12B

| | 2 | Request for Modifying the<br>Conditions or Terms of Supervision<br>with consent of the Offender |

**Name of Offender:** Douglas Glover  Case Number: 2:17-CR-00533-KOB-GMB (01)

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: February 28, 2020

s/ Smita Seard
Smita Seard
U.S. Probation Officer
(205) 716-2945

Approved By: /s James Cardwell
James Cardwell
Supervising U.S. Probation Officer

## THE COURT ORDERS

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

*[signature]*
United States District Judge